168 A.3d 68

## WOLCOTT

v.

## DEMOSS

**Pet. Docket No. 155, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 1386, Sept. Term, 2015).

Petition for writ of certiorari denied

■

168 A.3d 68

## WOOD, Ryheeme Robert

v.

## STATE of Maryland

**Pet. Docket No. 81, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 2254, Sept. Term, 2015).

Petition for writ of certiorari dismissed